# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2021

161200 & (19)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 161200
                                      COA: 351119
                                      Tuscola CC: 17-013992-FH

WILLIAM DOUGLAS-MITCHELL DEWEY,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 27, 2020 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to accept defendant's factual allegations as true is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2021 _____

b0310



Clerk